UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AMBER JONES, individually and on
behalf of those similarly situated,

      Plaintiff,

v.

Case No.: 22-cv-4353

AMERICAN CORADIUS INTERNATIONAL
LLC; and JOHN DOES 1 to 10.

      Defendants.

_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant American Coradius International LLC ("ACI"), by its attorney, hereby removes this action from the Morris County Superior Court, State of New Jersey, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states as follows:

    1.    Plaintiff Amber Jones originally commenced this action by filing a Complaint and Jury Demand in the Morris County Superior Court, State of New Jersey, where it is presently captioned as *Amber Jones, individually and on behalf of those similarly situated v. American Coradius International LLC; and John Does 1 to 10*, Docket No.: MRS-L-000895-22. No further proceedings before the State court have occurred.

2. In the Complaint, Plaintiff alleges a statutory cause of action against Defendant. A true and correct copy of the State Court record is attached hereto as Ex. "A."

3. Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

4. Defendant received Plaintiff's Complaint on June 2, 2022.

5. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant received Plaintiff's Summons with Notice. See 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Morris County Superior Court, State of New Jersey. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant American Coradius International LLC gives notice that this action is removed from the Morris County Superior Court, State of New Jersey, to the United States District Court for the District of New Jersey.

Dated: June 30, 2022                             Respectfully submitted,

>  */s/ Aaron R. Easley*
> Aaron R. Easley, Esq.
> SESSIONS, ISRAEL & SHARTLE, L.L.C.
> 3 Cross Creek Drive
> Flemington, NJ  08822-4938
> Telephone No.: (908) 237-1660
> Facsimile No.: (877) 334-0661
> *Attorney for Defendant,*
> *American Coradius International LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, a copy of the foregoing filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel via U.S. Mail postage prepaid upon all parties of record.

>  Yongmoon Kim, Esq.
> Philip Stern, Esq.
> Kim Law Firm LLC
> 411 Hackensack Avenue, Suite 701
> Hackensack, NJ  07601
> *Attorneys for Plaintiff*

>  By:   */s/ Aaron R. Easley*
>            *Attorney for Defendant,*
>            *American Coradius International LLC*